UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-9-D

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, and DR. IBRAHIM N. OUDEH, M.D. P.A., | ) ) ) ) |
| Defendants. | ) |

**ORDER LIFTING SEAL IN CIVIL CASE**

Upon the motion of the United States and State of North Carolina, for good cause shown, and for the reasons stated in the motion to lift seal and based upon the terms of the Order Sealing Civil Case (DE 6), it is hereby ORDERED that the seal in the instant civil case be lifted.

SO ORDERED this the 27 day of February, 2018.

_____
JAMES C. DEVER III
Chief United States District Judge

1