IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-9(D)

UNITED STATES OF AMERICA and )
THE STATE OF NORTH CAROLINA, )
 )
      Plaintiffs, )
 )
V. )
 )
DR. IBRAHIM N. OUDEH, )
TERESA SLOAN-OUDEH, and )
IBRAHIM N. OUDEH, M.D. P.A., )
 )
      Defendants. )

ORDER TO ALLOW PARTIES TO INVENTORY SAFE DEPOSIT
BOXES THAT SUBJECT TO PREJUDGMENT WRITS OF GARNISHMENT

This matter is before the Court on the Joint Motion of Plaintiffs, the United States of America and State of North Carolina, and Defendant Dr. Ibrahim Oudeh to allow the parties to jointly inspect and inventory safe deposit boxes in connection with the Order for Issuance of Writs of Attachment, Garnishment, and Sequestration [D.E. 10] and Prejudgment Writs of Garnishment of Safe Deposit Boxes of Defendant Ibrahim N. Oudeh at Fidelity Bank and Select Bank and Trust (hereafter "Garnishee Banks").

The Order entered on February 9, 2018, preserves the status quo and prevents the dissipation, secreting and concealment of assets. The Order also prevents the parties from opening or

removing items from the safe deposit boxes at issue. The Prejudgment Writs of Garnishment of Safe Deposit Boxes attaches to all property in the possession or control of the Garnishees, including the safe deposit boxes. The Order and Writs preclude any parties from having access to the safe deposit boxes.

Plaintiffs United States and State of North Carolina (hereafter "Plaintiffs"), jointly with Defendant Dr. Ibrahim N. Oudeh, seek an agreed order for a set of procedures for the safe deposit boxes to be opened, inventoried and re-secured subject to further order of this court.

Based upon the Joint Motion of the Parties, and good cause shown, the Court hereby ORDERS as follows:

1. Garnishee Banks shall open the safe deposit boxes at issue and allow a representative of the Plaintiffs and a representative of Defendant Ibrahim Oudeh to access the contents of each safe deposit box at a time the parties agree upon.

2. If keys are not available to access the safe deposit boxes, the Garnishee is authorized to drill the key cylinder and then replace it with a new key. The United States will pay the cost associated with drilling the key cylinder if required.

3. Each safe deposit box will be unlocked and then locked again in the joint presence of (1) a representative of the

Plaintiffs, (2) a representative of Defendant Ibrahim Oudeh and (3) a representative of the Garnishee Bank (Fidelity Bank or Select Bank and Trust, respectively). Each representative will have an opportunity to inventory the contents of the safe deposit boxes, take video recording and/or photographs of the contents, and/or make photocopies of documents, as they so choose. The Garnishee banks shall allow no one besides the parties named above to access the safe deposit boxes and at no other time then they agree jointly to do so with representatives of both the Plaintiffs and Defendant Oudeh present.

4. The Plaintiffs shall prepare a complete inventory of the contents of each safe deposit box in the presence of a representative of Defendant Oudeh and a representative of the respective Garnishee Bank, and a true, correct and accurate copy of the inventory shall be signed by each party representatives and retained by the Plaintiffs and Defendant Oudeh.

5. After the parties have had an opportunity to access and inventory the contents of each safe deposit box, all contents shall be returned to the safe deposit box, the

Garnishee Bank shall lock the safe deposit box and retain any and all copies of those keys until further order of this court.

SO ORDERED this **25** day of **June**, 2018.

*/s/ Dever*
JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE