UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:18-CV-9-D

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER GRANTING DEFENDANTS'** |
| | ) **MOTION FOR MEDIATION** |
| DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, and IBRAHIM N. OUDEH, M.D., P.A., | )<br>)<br>)<br>) |
| Defendants. | ) |

THIS CAUSE coming on to be heard on Defendants Dr. Ibrahim N. Oudeh, Teresa Sloan-Oudeh, and Ibrahim N. Oudeh, M.D., P.A.'s (collectively "Defendants") Motion for Mediation, pursuant to Local Rule 101.12 ,and it appearing to the Court that Plaintiffs do not oppose the motion for mediation, Defendants' motion is granted.

IT IS, THEREFORE, ORDERED that the parties shall engage in a court-hosted one day settlement conference to be scheduled and conducted before a United States Magistrate Judge.

This the __23__ day of January, 2019.

_____
FOR THE COURT