IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and STATE OF NORTH CAROLINA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, and IBRAHIM N. OUDEH, M.D., P.A., | ) ) ) ) ) | |
| Defendants. | ) | |

On December 7, 2018, the United States of America and the State of North Carolina (collectively, "plaintiffs") asked the court to regulate, modify, extend, or enforce two prejudgment writs of garnishment (the "Writs") issued to a third party, Goshen Medical Center, Inc. ("Goshen") [D.E. 80]. In accordance with this court's plenary authority under 28 U.S.C. § 3013 to regulate and enforce the Writs, plaintiffs' motion [D.E. 80] is GRANTED, and the court hereby ORDERS:

1. Goshen shall pay the sum of $200,000 to the Clerk of Court for the United States District Court for the Eastern District of North Carolina (the "Clerk") within five business days from the date of this order;

2. Goshen shall pay to the Clerk each $50,000 quarterly installment due under its Memorandum of Agreement ("MOA") with Dr. Ibrahim N. Oudeh or Ibrahim N. Oudeh, M.D., P.A on or before the date that each such installment becomes due under the MOA;

3. Goshen shall pay to the Clerk any and all other funds owed by Goshen subject to the Writs on or before the date such funds become due; and

4. The Clerk shall hold all funds paid to the Clerk by Goshen pursuant to this order until further directed by this court.

SO ORDERED. This 29 day of January 2019.

JAMES C. DEVER III
United States District Judge