IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-9(D)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, and IBRAHIM N. OUDEH, M.D. P.A., | ) ) ) ) ) | |
| Defendants. | ) | |

For good cause being shown upon the United States' to modify any attendance requirement to excuse ultimate United States and North Carolina decision-makers from physical attendance at the court-hosted settlement conference scheduled on February 20, 2019, and allow participation through litigation counsel;

IT IS HEREBY ORDERED that the United States' motion is GRANTED. The persons specified in Local Civil Rule 101.2(d), E.D.N.C. shall attend the conference in person, except as provided herein. United States Attorney Robert Higdon, Civil Chief Josh Royster of the United States Attorney's Office, Candace Ashford of the Depatement of Health and Human Services, Office of Counsel to Inspector General, Director of the Medicaid Investigations Divisions, F. Edward Kirby, Jr., and Deputy Secretary, North Carolina Medicaid Division of Heath Benefits, Dave Richard, do not need to be present at the settlement conference on February 20, 2019, but shall be

available for approval of any negotiated settlement, if necessary.

Dated: February 10, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge