IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-9-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and STATE OF NORTH CAROLINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DR. IBRAHIM N. OUDEH, ) <br> TERESA SLOAN-OUDEH, and ) <br> IBRAHIM N. OUDEH, M.D., P.A., ) <br> ) <br> Defendants. ) | **ORDER** |

In light of the parties' pending settlement, the court denies without prejudice plaintiffs' motion for partial summary judgment [D.E. 97] and defendants' motion in limine [D.E. 103].

SO ORDERED. This **24** day of January 2020.

JAMES C. DEVER III
United States District Judge