UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-9(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, Plaintiffs, | ) ) ) ) |
| v. | ) ) ) |
| DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, and IBRAHIM N. OUDEH, M.D. P.A., Defendants. | ) ) ) ) ) |

ORDER

Upon motion of the Plaintiffs and for good cause shown, the Court hereby ORDERS that the Executor of the Naim Trust, Hanan Kharoufeh, turnover the $178,606.44 funds held in the Naim Trust account to the Plaintiffs pursuant to the Court's prior Orders [DE 10, DE 126] and Settlement Agreement [DE 124-1].

THE COURT FURTHER ORDERS that should Hanan Kharoufeh not turnover said funds within ten days of service of this Order, that the Plaintiffs be allowed discovery against Hanan Kharoufeh, and her family, related to additional financial accounts and financial records, including but not limited to transfers from Defendants and assets held by Kharoufeh for Defendants, pursuant to 28 U.S.C. § 3015, regarding funds subject to a Writ of Garnishment.

SO ORDERED this __17__ day of January, 2021.

JAMES C. DEVER III
United States District Judge