UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, <br><br> Plaintiff, <br><br> v. <br><br> DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH and IBRAHIM N. OUDEH, M.D. P.A., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:18-CV-00009-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the stipulation of dismissal and consent order for entry of judgment entered April 28, 2020 , that judgment is entered in favor of Plaintiffs United States of America and The State of North Carolina who shall have and recover from Defendants Dr. Ibrahim N. Oudeh, Teresa Sloan-Oudeh, and Ibrahim N. Oudeh, M.D., P.A., jointly and severally, the sum of $5,500,000.00 with post-judgment interest at the rate of 1.77% per annum.

**This Judgment Filed and Entered on April 15, 2022, and Copies To:**

| | |
|---|---|
| John E. Harris | (via CM/ECF electronic notification) |
| Lareena Jones-Phillips | (via CM/ECF electronic notification) |
| Neal Fowler | (via CM/ECF electronic notification) |
| Jose A. Coker | (via CM/ECF electronic notification) |
| R. Jonathan Charleston | (via CM/ECF electronic notification) |

DATE:  
April 15, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk