UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-9(D)

UNITED STATES OF AMERICA and )
THE STATE OF NORTH CAROLINA, )
       Plaintiffs, )
            )
v.           )    ORDER TO UNSEAL
            )
DR. IBRAHIM N. OUDEH, TERESA )
SLOAN-OUDEH and IBRAHIM N. )
OUDEH, M.D. P.A., )
       Defendants, )

Upon motion of the United States, it is hereby ORDERED that the Plaintiff's

Notice to Clerk to Enter Consent Judgment [DE 134], Motion to Seal [DE 135],

Memorandum in Support of Motion to Seal [DE 136], and Order to Seal [DE 138] in

the above-captioned case be unsealed.

This the __15__ day of __July__, 2022.

              _____
              JAMES C. DEVER, III
              United States District Court Judge