UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-9(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, Plaintiffs, | ) ) ) ) |
| v. | ) ORDER TO UNSEAL ) |
| DR. IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH and IBRAHIM N. OUDEH, M.D. P.A., Defendants, | ) ) ) ) ) |

Upon motion of the United States, it is hereby ORDERED that the Plaintiff's Applications for Writs of Garnishment, Writs of Garnishment, Clerks Notices, Motion to Seal, Memorandum in Support of Motion to Seal, Order to Seal, Motion to Amend Order to Seal and Amended Order to Seal [DE 140-174] in the above-captioned case be unsealed.

SO ORDERED. This the 7 day of December, 2022.

JAMES C. DEVER III
United States District Judge